RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 11/30/09
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| TERRIKA EVERETT | CIVIL ACTION NO. 09-0683 |
| VERSUS | JUDGE ROBERT G. JAMES |
| LIBERTY HEALTHCARE SYSTEMS, LLC, ET AL. | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion to dismiss filed by Defendant Liberty Healthcare Systems, LLC [Doc. No. 10] be **DENIED** in so far as it is based on Fed. R. Civ. P. Rule 12(b)(1); **DENIED as MOOT** in so far as it is based on Fed. R. Civ. P. 12(b)(3) and 12(b)(5); but **GRANTED** as to Plaintiff's claims under Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e, *et seq.*, pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim. Plaintiff's Title VII claims are **DISMISSED WITH PREJUDICE.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's Title VII claims against Defendants Ron Wright and Brenda Wilson are **DISMISSED WITH PREJUDICE.**

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff's remaining

claims arising under the laws of the State of Louisiana be **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 30 day of November, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE

2